Patterson J

David L. Mazaroli
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax. (212)732-7352
e-mail: dlm@mazarolilaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/11

------------------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA

                Plaintiff,

  - against -

M/V "SHAN HE", M/V "HANJIN DALLAS",
their engines, tackles, boilers *etc.*, HANJIN
SHIPPING CO., LTD.; SEVEN OCEAN
FORWARDING SERVICES, LTD.;

                Defendants.
------------------------------------------------------------x

11 Civ. 5649 (RPP)

**VOLUNTARY DISMISSAL
ORDER WITH PREJUDICE**

WHEREAS the Court was previously informed at the conference on November 4, 2011 that a settlement has been reached between plaintiff and each defendant;

WHEREAS the settlement funds have been received from each defendant;

THIS ACTION IS HEREBY discontinued as to all parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with prejudice but with each party to pay its own costs.

Dated: New York, New York
       December 15, 2011

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

11 Civ. 5649 (RPP)
Voluntary Dismissal Order
Page 2

                                                David L. Mazaroli
                                                Attorney for Plaintiff
                                                11 Park Place - Suite 1214
                                                New York, New York 10007
                                                Tel.: (212)267-8480
                                                Fax.: (212)732-7352
                                                E-mail: dlm@mazarolilaw.com
                                                File No.: 1g-2075